```
 1  WALTER R. CANNON
    RAWLINGS, OLSON, CANNON,
 2    GORMLEY & DESRUISSEAUX
    301 East Clark Avenue, #1000
 3  Las Vegas, Nevada  89101
    (702) 384-4012
 4
    Attorneys for Defendant,
 5  INDIVIDUALLY

 6

 7

 8                  UNITED STATES DISTRICT COURT

 9                   FOR THE DISTRICT OF NEVADA

10

11

12  GEORGIA NUNEZ,            )
                              )
13          Plaintiff,        )
                              )
14  GARY DAVIS, Individually  )  CV-S-93-01212-DWH (RLH)
    and in his Official Capacity, )
15  CITY OF NORTH LAS VEGAS, a )  STIPULATION AND ORDER
    Municipal Corporation, DOES ) FOR DISMISSAL WITH PREJUDICE
16  1 through 20, Inclusive,  )
                              )
17          Defendants.       )
    _____)

18       IT IS HEREBY STIPULATED AND AGREED by and between

19  counsel for their respective parties, that Plaintiff's state

20  causes of action for wrongful termination, breach of covenant of

21  good faith and fair dealing, intentional infliction of emotional

22  distress, and negligent infliction of emotional distress set

23  . . . .

24  . . . .

25  . . . .

26  . . . .

27

28  . . . .
```

Stamps: ENTERED AND SERVED SEP 15 1995; RECEIVED AND FILED SEP 13 12:42 PM '95, CLERK, U.S. DISTRICT COURT, DISTRICT OF NEVADA; RECEIVED SEP 7 1995, CLERK, U.S. DISTRICT COURT, DISTRICT OF NEVADA.

Left margin: Law Offices Of RAWLINGS, OLSON, CANNON GORMLEY & DESRUISSEAUX, A Professional Corporation, 301 EAST CLARK AVENUE, SUITE 1000, LAS VEGAS, NEVADA 89101-6597, TELECOPIER (702) 383-0701, (702) 384-4012

27

forth in the Fourth, Fifth, Sixth and Seventh Claims For Relief of Plaintiff's Amended Complaint may be dismissed with prejudice, each party to bear their own costs

DATED this 29 day of August, 1995.

RAWLINGS, OLSON, CANNON,
GORMLEY & DESRUISSEAUX

By _____          _____
   WALTER R. CANNON                       SHARON GREEN
   Attorneys for Defendant,               Attorney for Plaintiff
   GARY DAVIS, individually               1721 Waldman Avenue
   301 East Clark Avenue, #1000           Las Vegas, Nevada  89102
   Las Vegas, Nevada  89101

IT IS SO ORDERED this 11th day of September, 1995.

_____
UNITED STATES DISTRICT JUDGE

-2-